

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| United States of America | § § § | Criminal No. M-18-128 |
| vs. | § § § | |
| Selene M Suarez | | |

## ORDER

The jury in the captioned case having retired to deliberate at __10:00__ am, __May 1, 2019__, and the foreperson having advised the Court that the jury will continue its deliberation, the United States Marshal is hereby

ORDERED to provide the jury, consisting of **12** members with their meal on the __1st__ day of __May__.

A copy of this **ORDER** will be directed by the Clerk to the Financial Section.

DONE this __1st__ day of __May__, 2019.

MICAELA ALVAREZ
United States District Judge